1 ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
TRUEBLOOD LAW FIRM
2 10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
3 Telephone: (800) 616-9325
Facsimile: (310) 943-2255
4
Attorneys for Plaintiff
5 DAWN FRAUSTO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN FRAUSTO,<br><br>  Plaintiff,<br><br>  vs.<br><br>AMERICA FIRST CREDIT UNION, and BONNEVILLE BILLING & COLLECTIONS, INC.,<br><br>  Defendants. | Case No: 5:21-cv-01578-JGB-KK<br><br>**ORDER EXTENDING DEADLINE TO AMEND PLEADINGS** |

{00163644;1}

The parties having so stipulated, the deadline to stipulate or file a motion to amend pleadings, or to add new parties, is continued from May 2, 2022 to August 2, 2022.

Dated:  April 27, 2022

_____
Jesus G. Bernal, U.S. District Judge